# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MITCHELL EADS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:18-cv-00042 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| STATE OF TENNESSEE, et al., | ) MAGISTRATE JUDGE FRENSLEY |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation ("R&R") on Plaintiff's Motion for Preliminary Injunction (Doc. No. 46) and Motion to Strike (Doc. No. 71.) The Magistrate Judge recommends that the motions be denied. (Doc. No. 98.)

In the Motion for Preliminary Injunction (Doc. No. 46) Plaintiff seeks an order requiring Defendants provide him with law books and legal reference materials while he is in segregation in TCIX. Defendants argued that the motion is moot because Plaintiff has been transferred to another facility and is no longer housed at TCIX. (Doc. No. 60.) Plaintiff filed a Motion to Strike Defendant's Response arguing that the response is "immaterial and impertinent." (Doc. No. 71.) The Magistrate Judge recommends denying Plaintiff's motions.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 98 at 4-5.) No objections were filed.

The Court has reviewed the Report and Recommendation (Doc. No. 98) and concludes that it should be ADOPTED and APPROVED. Accordingly, Plaintiffs Motion for a

Preliminary Injunction (Doc. No. 46) and Plaintiff's Motion to Strike (Doc. No. 71) are DENIED.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE