# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| MITCHELL EADS | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 1:18-cv-00042 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| STATE OF TENNESSEE, et al., | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 186) recommending the Court grant the motion to dismiss filed by Defendants Regina Hensley, Michael Barnett, and Rebecca Mink. (Doc. No. 159). The Magistrate Judge reviewed Defendants' motion and supporting memorandum (Doc. Nos. 159, 160), and Plaintiff's "Answer in Opposition to Defendants' Rule 12 Motion to Dismiss" (Doc. No. 170), and Plaintiff's "Memorandum of Law in Support of Answer in Opposition to Defendants' Motion to Dismiss" (Doc. No. 171), and the Reply filed by Defendants Hensley, Barnett, and Mink (Doc. No. 172).

The Magistrate Judge also recommended the Court grant the motion to dismiss filed by Defendants Tony Parker and Kenneth Williams. (Doc. No. 168). The Magistrate Judge reviewed Defendants' motion and supporting memorandum (Doc. Nos. 168, 169), Plaintiff's "Answer in Opposition to Defendants' Tony Parker and Kenneth Williams' Motion to Dismiss" (Doc. No. 174), and Plaintiff's "Memorandum of Law in Support of Plaintiff's Answer in Opposition to Defendants' Motion to Dismiss this Action." (Doc. No. 175).

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 186 at 21). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 186) and concludes that it should be **ADOPTED** and **APPROVED**. The Motion to Dismiss by Defendants Hensley, Barnett, and Mink (Doc. No. 159) is **GRANTED**; and the Motion to Dismiss by Defendants Parker and Williams (Doc. No. 168) is **GRANTED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE